

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00355-CV

**CRITERIA HOLMES,**

**Appellant**

**v.**

**WARDEN KAMILAH COGER AND
OTHERS WILLIAM P. HOBBY UNIT
OF THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE,**

**Appellees**

From the 74th District Court
McLennan County, Texas
Trial Court No. 2024-1826-3

## MEMORANDUM OPINION

A notice of appeal from the trial court's Order of Dismissal was filed by Marion T. Russ on behalf of appellant, Criteria Holmes. By letter dated January 15, 2025, the Clerk of this Court informed Russ and appellant that because Russ is not licensed to practice law, Russ is prohibited from representing appellant in this appeal. *See* TEX. GOV'T CODE § 81.102; *Steele v. McDonald*, 202 S.W.3d 926, 928 (Tex. App.—Waco 2006, no pet.). The

Clerk also informed Russ and appellant that although Russ has a power of attorney to act on appellant's behalf, a power of attorney does not empower Russ to appear in litigation as appellant or as appellant's attorney.

By the same letter, the Clerk of this Court notified Russ and appellant that unless an amended notice of appeal signed by appellant or a licensed attorney on appellant's behalf was timely filed within 14 days from the date of the letter, this appeal would be dismissed without further notification. *See* TEX. R. APP. P. 42.3(c). Fourteen days have passed, and no amended notice of appeal has been filed.

Accordingly, this appeal is dismissed.


LEE HARRIS
Justice

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
Opinion delivered and filed February 13, 2025
[OT06]

